ACCEPTED
01-15-01064-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/17/2015 7:52:13 AM
CHRISTOPHER PRINE
CLERK

## Linebarger Goggan Blair & Sampson, LLP
4828 Loop Central Drive, Suite 600
Houston, Texas 77081
Direct: 713-844-3405  Main: 713-844-3400
Nick.Nicholas@lgbs.com

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/17/2015 7:52:13 AM
CHRISTOPHER A. PRINE
Clerk

**Via E-File**

December 17, 2015

Mr. Joshua Alegria, Deputy Clerk
County Clerk's Office
P.O. Box 1525
Houston, Texas 77251-1525

The Honorable Christopher A. Prine, Clerk
First Court of Appeals
301 Fannin
Houston, Texas 77002-2066

Re:     Trial Court Docket Number: 1063034
          Court of Appeals Case Number: 01-15-01064-CV
          Case Name: *Glenn H. Johnson v. Harris County, Et Al.*

Dear Clerks:

I am writing because there is a discrepancy between the County Clerk's December 15, 2015 Letter of Assignment[1], and the Court of Appeal's December 16, 2015 Information letter. Although the Letter of Assignment refers to Mr. Johnson's December 15, 2015 Notice of Appeal (p. 1), the Notice of Appeal that is attached is Mr. Johnson's December 12, 2015 Notice of Appeal (pp. 2-4).  This is significant because Mr. Johnson's December 12, 2015 Notice of Appeal relates to the Trial Court's November 25, 2015 Order Granting Harris County Appraisal District's Plea to the Jurisdiction or Motion for Summary Judgment (*Id.*), but Mr. Johnson's December 15, 2015 Notice of Appeal relates to the Trial Court's December 9, 2015 Order Granting the Harris County Defendants'[2] Plea to the Jurisdiction and First Amended Motion for Summary Judgment (p. 7). Accordingly, the Harris County Defendants request clarification as to which Order (if not both) is the subject of Case Number 01-15-01064-CV.

---

[1]     The Court of Appeal's file-stamped copy is attached hereto as Attachment A.
[2]     The Harris County Appraisal District is a separate defendant from the Harris County Defendants.

December 17, 2015
Page Two


Additionally, please note that Mr. Johnson has three (3) related appeals currently pending before the First Court of Appeals: No. 01-14-00383-CV, No. 01-15-00950-CV and No. 01-15-01003-CV.

Thank you for your assistance in this matter. Please contact me if you have any questions.

Sincerely,

Nick Nicholas

cc:     Glenn H. Johnson (prairie_view_grad@yahoo.com)
        Ramon G. Viada (rayviada@viadastrayer.com)

**Attachment 1**

**OFFICE OF STAN STANART**
COUNTY CLERK, HARRIS COUNTY, TEXAS
CIVIL COURTS DEPARTMENT

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/15/2015 3:24:18 PM
CHRISTOPHER A. PRINE
Clerk

December 15, 2015

1ˢᵗ Court of Appeals
301 Fannin
Houston, Texas 77002

## LETTER OF ASSIGNMENT

Trial Court Docket Number: 1063034
Trial Court Number: Two (2)

**Style:**

| GLENN HERBERT JOHNSON | VS. | HARRIS COUNTY, ET AL. |
|---|---|---|
| APPELLANT(S) | | APPELLEE(S) |

**Judge:** THERESA W. CHANG

| **Appellant(s) Attorney:** | **Appellee(s) Attorney:** |
|---|---|
| Glen Herbert Johnson, Pro Se | Edward J. Nicholas, No. 14991350 |
| 8926 Daffodil Street | 4828 Loop Central Drive, Suite 600 |
| Houston, Texas 77063 | Houston, Texas 77081 |
| Phone: N/A | Phone: (713) 844-3400 |
| Fax: N/A | Fax: (713) 844-3504 |
| E-Mail: N/A | E-Mail: Nick.Nicholas@lgbs.com |

Glenn Herbert Johnson, appellant, filed a Notice of Appeal on December 14, 2015 from the Final Judgment that was signed on December 9, 2015.

The Clerk's Record is due to your office on or before February 8, 2015.

/S/Joshua Alegria
Joshua Alegria
Deputy Clerk
P.O. Box 1525
Houston, TX 77251-1525
(713) 755-6421

FILED
12/14/2015 12:00:00 AM
Stan Stanart
County Clerk
Harris County

## CAUSE NO. 1063034

| | | |
|---|---|---|
| GLENN <u>HERBERT</u> JOHNSON | § | IN THE COUNTY CIVIL COURT |
| *Plaintiff* | § | |
| | § | |
| v. | § | |
| | § | |
| HARRIS COUNTY, CITY OF HOUSTON, | § | AT LAW, NUMBER TWO |
| HOUSTON INDEPENDENT SCHOOL DISTRICT | § | |
| HOUSTON COMMUNITY COLLEGE SYSTEM, | § | |
| PORT OF HOUSTON AUTHORITY, | § | |
| HARRIS COUNTY FLOOD CONTROL DISTRICT | § | |
| HARRIS COUNTY HOSPITAL DISTRICT, | § | HARRIS COUNTY, TEXAS |
| HARRIS COUNTY DEPARTMENT OF EDUCATION, | § | |
| HARRIS COUNTY APPRAISAL DISTRICT | § | |
| *Defendants* | | |

### <u>GLENN HERBERT JOHNSON'S NOTICE OF APPEAL</u>

**TO THE HONORABLE JUDGE OF SAID COURT:**

       **COMES NOW,** GLENN <u>HERBERT</u> JOHNSON, the Plaintiff in the above entitled and numbered cause and **GIVES NOTICE** that Plaintiff appeals from the Harris County Civil Court at Law Number Two's Order, titled, **"ORDER GRANTING DEFENDANT HARRIS COUNTY APPRAISAL DISTRICT's PLEA TO THE JURISDICTION or, ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT and SUPPLEMENTAL PLEA TO THE JURISDICTION or, ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT"**, signed on November 25, 2015, by The Honorable Theresa W. Chang.

- **This is an Appeal under the Texas Rules of Appellate Procedure 25.1.**

- This NOTICE OF APPEAL is filed within the fifteen day grace period for <u>perfecting appeals</u> which implies that Plaintiff intended to request an extension.
  See: *Tex. R. App. P. 26.3; Verburgt v. Dorner, 959 S.W. 2d 615, 617 (Tex. 1997)*

---

Cause No. 1063034: Plaintiff's Notice of Appeal            Page 1

**2**

- Plaintiff Glenn <u>Herbert</u> Johnson's **UNSWORN DECLARATION OF INDIGENCY**, filed with the Harris County Clerk, on May 29, 2015, under **Cause No. 1063034**, allowing Plaintiff to proceed as a Pauper.

Respectfully submitted,

Glenn <u>Herbert</u> Johnson, Plaintiff, *Pro Se*
<u>8926</u> Daffodil Street
Houston, Texas 77063
**email:** *Prairie_View_Grad@yahoo.com*

## CERTIFICATE OF SERVICE

I certify that on December 12, 2015, a copy of the foregoing instrument was served on the persons listed below:

**Ramon G. Viada III**
State Bar No. 20559350
RayViada@viadastrayer.com   (Via Electronic Mail)
17 Swallow Trial Court, Suite 100
The Woodlands, Texas 77381

**Edward James Nicholas**
State Bar No. 149913550
**Anthony W. Nims**
State Bar No. 15031500
Linebarger Goggan Blair & Sampson, LLP
4828 Loop Central Drive, Suite 600
Houston, Texas 77081
Nick.Nicholas@lgbs.com   (Via Electronic Mail)
Tony.Nims@lgbs.com      (Via Electronic Mail)

*Certified by*:

Glenn Herbert Johnson, Plaintiff, *Pro Se*
8926 Daffodil Street – Houston, Texas 77063
Houston, Texas 77063
*Prairie_View_Grad@yahoo.com*

1063034

GLENN HERBERT JOHNSON                        §    IN THE COUNTY CIVIL COURT
*Plaintiff*                                  §
                                             §
V.                                           §                    2
                                             §
                                             §    AT LAW, NUMBER _____
HARRIS COUNTY, CITY OF HOUSTON,              §
HOUSTON INDEPENDENT SCHOOL DISTRICT,         §
HOUSTON COMMUNITY COLLEGE SYSTEM,            §
PORT OF HOUSTON AUTHORITY,                   §
HARRIS COUNTY FLOOD CONTROL DISTRICT,        §
HARRIS COUNTY HOSPITAL DISTRICT,             §
HARRIS COUNTY APPRAISAL DISTRICT and         §    HARRIS COUNTY, TEXAS
HARRIS COUNTY DEPARTMENT OF EDUCATION        §
*Defendants*

### Unsworn Declaration of Indigency

1. I am filing this Unsworn Declaration of Indigency in place of an Affidavit of Indigency as allowed by Section 132.001 of the Texas Civil Practices and Remedies Code.

2. I am unable to pay court costs. I declare under penalty of perjury that the statements made in this Unsworn Declaration of Indigency are true and correct.

3. My name is Glenn Herbert Johnson
   My date of birth is January 19, 1949
   My address is 8926 Daffodil Street - Houston, Texas 77063
   My email address is Prairie_View_Grad@yahoo.com

4. Government Entitlements: I do not currently receive any government entitlements based on indigency.

5. Income:
   a. I am not currently employed or self-employed.
   b. I am not married, therefore there is no spousal income.

6. Dependents: I have no dependents.

7. Property: I have no bank accounts, vehicles or real estate, other than my homestead at 8926 Daffodil Street.

8. My Total Monthly Expenses are approximately $150 for food.

9. Formally signed under penalty of perjury in Harris County, Texas, on May 28, 2015.

Glenn Herbert Johnson, Plaintiff, Pro Se

**TEXAS CIVIL PRACTICE AND REMEDIES CODE**

TITLE 6. MISCELLANEOUS PROVISIONS

CHAPTER 132. UNSWORN DECLARATIONS

**Sec. 132.001. UNSWORN DECLARATION.**

(a) Except as provided by Subsection (b), an unsworn declaration may be used in lieu of a written sworn declaration, verification, certification, oath, or affidavit required by statute or required by a rule, order, or requirement adopted as provided by law.

**(b)** This section does not apply <u>to a lien required to be filed with a county clerk</u>, <u>an instrument concerning real or personal property required to be filed with a county clerk</u>, or <u>an oath of office or an oath required to be taken before a specified official other than a notary public</u>.

(c) An unsworn declaration made under this section must be:

(1) in writing; and

(2) subscribed by the person making the declaration as true under penalty of perjury.

Added by Acts 1987, 70th Leg., ch. 1049, Sec. 60, eff. Sept. 1, 1987.

Amended by:
Acts 2009, 81st Leg., R.S., Ch. 87 (S.B. 1969), Sec. 25.011, eff. September 1, 2009.
Acts 2011, 82nd Leg., R.S., Ch. 847 (H.B. 3674), Sec. 1, eff. September 1, 2011.
Acts 2013, 83rd Leg., R.S., Ch. 515 (S.B. 251), Sec. 1, eff. September 1, 2013.
Acts 2013, 83rd Leg., R.S., Ch. 946 (H.B. 1728), Sec. 1, eff. June 14, 2013.



FILED
AT ___ O'CLOCK ___ M
DATE ___ 20 __
Sta Stuart
CLERK COUNTY CIVIL COURTS
AT LAW
By ___ DEPUTY

FILED
12/7/2015 8:42:51 AM
Stan Stanart
County Clerk
Harris County

CAUSE NO. 1063034

GLENN HERBERT JOHNSON                    IN THE COUNTY CIVIL COURT
    Plaintiff,

v.                                                                   AT LAW, NUMBER 2

HARRIS COUNTY, ET. AL.,
    Defendants.                                       , HARRIS COUNTY, TEXAS

**ORDER ON THE HARRIS COUNTY DEFENDANTS' PLEA TO THE JURISDICTION,
AND FIRST AMENDED MOTION FOR SUMMARY JUDGMENT**

On this day the Harris County Defendants' attorney appeared but Plaintiff pro se did not

appear. The Harris County Defendants' Plea to the Jurisdiction and First Amended Motion for

Summary Judgment is GRANTED as to Plaintiff's claims of negligence, gross negligence,

conspiracy, common law fraud, trespass to real property, trespass to personal property and

nuisance. The only claim left is inverse condemnation.

**DEC - 9 2015**

SIGNED ON THIS the _____ day of December 2015.

_____
JUDGE PRESIDING

**Order –Page 1 of 1**